UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIE SAMI LION,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>TIMOTHY S. AITKEN, et al.,<br><br>　　　　　Respondents. | Case No. 22-cv-06554-VC<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 2, 3 |

　　　　Elie Sami Lion filed a pro se petition for a writ of habeas corpus under 28 U.S.C § 2241 on October 26, 2022. That day, the Clerk notified Lion that he had not filed a complete application to proceed in forma pauperis (IFP) and mailed to Lion the court's IFP form and told him that he must complete the document within twenty-eight days or his action would be dismissed. Lion has not complied with the Clerk's Notice to file a complete application to proceed IFP using this court's form. It also appears that mail sent to Lion has been returned as undeliverable. *See* Dkt. No. 8. Accordingly, this action is DISMISSED without prejudice for failure to prosecute and for failure to comply with the court's order, *see* Federal Rule of Civil Procedure 41(b).

　　　　Because this dismissal is without prejudice, Lion may move to reopen the action. Any such motion should be clearly labelled "MOTION TO REOPEN" and it must contain a complete IFP application.

　　　　The Clerk shall terminate all pending motions, enter judgment in favor of respondent, and close the file.

2

**IT IS SO ORDERED.**

Dated: March 9, 2023

_____
VINCE CHHABRIA
United States District Judge